# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| DEPARTMENT OF LABOR AND INDUSTRY, OFFICE OF UNEMPLOYMENT COMPENSATION BENEFITS POLICY, | : | No. 100 MAL 2016 |
| | : | |
| | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| UNEMPLOYMENT COMPENSATION BOARD OF REVIEW (PETER B. MARSHALL), | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 19th day of July, 2016, the Petition for Allowance of Appeal is **DENIED**.